UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARL SCOTT CHANEY,<br><br>            Plaintiff,<br><br>    vs.<br><br>JERRY SHUMAKER, CHARLES HAGENS, DENISE FELTON, ARCHIE GRANT, MAGGIE MILLER-STOUT, KELLEY JUSTICE, and LEE G. BENNETT,<br><br>            Defendants. | NO.  CV-06-168-LRS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

   BEFORE THE COURT is Plaintiff Carl Scott Chaney's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action.  Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 18) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

   Plaintiff also filed a Motion and Affidavit to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 19) is **GRANTED** and the institution having custody of Mr. Chaney shall cease collection of the filing fee in this action, cause number **CV-06-168-LRS.  IT IS FURTHER ORDERED** any pending motions are **DENIED as moot.**

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

   **DATED** this    26th    day of September, 2006.

                                   *s/Lonny R. Suko*
                            _____
                                   LONNY R. SUKO
                            UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2